IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ERIC SIMPSON                                                                                         PLAINTIFF

v.                                          Civil No. 6:21-cv-06004

CORPORAL HAMILTON                                                                           DEFENDANT

## ORDER

Now before the Court is the Report and Recommendation filed February 22, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7.) Plaintiff proceeds in this section 42 U.S.C. §1983 action *pro se*. Judge Ford recommends that Plaintiff's Complaint be dismissed without prejudice for failure to state a plausible constitutional claim.

Plaintiff sought (ECF No. 8) and was granted an extension of time through April 5, 2021 to file objections to the report and recommendation (ECF No. 9). Despite the extension of the deadline, no party has filed objections to the Report and Recommendation, and the time to object has now passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, it is hereby ORDERED that Plaintiff's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE. The dismissal of this action shall constitute a "strike" under 28 U.S.C. § 1915(g), and the Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED** this 12th day of April 2021.

/s/ *Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE